UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE FRED BRADY,<br><br>        Plaintiff,<br><br>vs.<br><br>WARDEN, et al.,<br><br>        Defendants.<br>_____/ | 1:05-cv-00599-AWI-SMS-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 5)<br><br>**ORDER DISMISSING COMPLAINT**<br><br>**ORDER TERMINATING ACTION** |

    Plaintiff, Willie Fred Brady ("plaintiff"), a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On August 2, 2005, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days. To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed August 2, 2005, are ADOPTED IN FULL;

2. Plaintiff's complaint is DISMISSED; and,

3. This action is therefore TERMINATED for plaintiff's failure to comply with a court order and failure to prosecute this action.

IT IS SO ORDERED.

**Dated:    September 20, 2005                /s/ Anthony W. Ishii**
0m8i78                                       UNITED STATES DISTRICT JUDGE